# Exhibit A

# Exhibit A

**SUMM**
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
Ph: (702) 450-5400; Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com

E. MICHELLE DRAKE, ESQ.*
Minnesota Bar No. 0387366
JOHN G. ALBANESE, ESQ.*
Minnesota Bar No. 0395882
ARIANA B. KIENER, ESQ.*
Minnesota Bar No. 0402365
**BERGER MONTAGUE PC**
1229 Tyler Street NE Street, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net
akiener@bm.net
*pro hac vice* forthcoming
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ANGEL LUIS RODRIGUEZ, JR., individually and as a representative of the class,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT CENTER, LLC.<br><br>Defendant. | Case No.: A-23-869000-B<br>Dept. No.: 16<br><br>**SUMMONS** |

## SUMMONS

**CIVIL NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

### NATIONAL CREDIT CENTER, LLC

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

. . .

. . .

. . .

. . .

2

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

| Submitted By: | Steven D. Grierson, Clerk of the Court |
|---|---|
| /s/ Robert T. Eglet | /s/ Deputy Clerk — 4/18/2023 |
| ROBERT T. EGLET, ESQ.<br>Nevada Bar No. 3402<br>RICHARD K. HY, ESQ.<br>Nevada Bar No. 12406<br>**EGLET ADAMS**<br>400 South Seventh Street, 4th Floor<br>Las Vegas, NV 89101<br><br>E. MICHELLE DRAKE, ESQ.*<br>Minnesota Bar No. 0387366<br>JOHN G. ALBANESE, ESQ.*<br>Minnesota Bar No. 0395882<br>ARIANA B. KIENER, ESQ.*<br>Minnesota Bar No. 0402365<br>**BERGER MONTAGUE PC**<br>1229 Tyler Street NE Street, Suite 205<br>Minneapolis, MN 55413<br>*pro hac vice forthcoming<br>*Attorneys for Plaintiff* | DEPUTY CLERK          Date<br>Regional Justice Center<br>200 Lewis Ave.<br>Las Vegas, NV 89155<br><br>Demond Palmer |

3

**AFFIDAVIT OF SERVICE**

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

_____, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, not a party or interested in the proceeding in which this affidavit is made. That Affiant received copies of the Summons and Complaint on the _____ day of _____, 20__, and served the same on the _____ day of _____, 20__, by:

    1. Delivering and leaving a copy with the defendant _____, at _____;

or

    2. Serving the defendant _____, by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the defendant's usual place of abode located at _____.

or

    3. Serving the defendant _____, by personally delivering and leaving a copy at _____.

        a. with _____ as _____, as agent lawfully designated by statute to accept service of process;

        b. with _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

or

    4. Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid for _____ ordinary mail; _____ certified mail, return receipt requested; _____ registered mail, return receipt requested; and addressed to the defendant _____, at the defendant's last known address which is _____.

_____
AFFIANT

SUBSCRIBED AND SWORN to before
Me this _____ day of _____, 20__.

_____
NOTARY PUBLIC in and for the County
and State aforesaid.

4