Robert T. Eglet, Bar No. 3402
Richard K. Hy, Bar No. 12406
EGLET ADAMS
400 S. Seventh Street, Suite 400
Las Vegas, NV 89101
T. 702.450.5400; F. 702.450.5451
eservice@egletlaw.com

Additional Counsel Listed on Signature Page

*Attorneys for Plaintiff*

J Christopher Jorgensen, Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
T. 702.949.8200
cjorgensen@lewisroca.com

Jennifer L. Sarvadi*
HUDSON COOK LLP
1909 K Street NW, 4th Floor
Washington, DC 20006
T. 202.223.6930
jsarvadi@hudco.com
*pro hac vice*

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGEL LUIS RODRIGUEZ, JR., individually and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT CENTER, LLC,<br><br>Defendant. | Case No.: 2:23-cv-00738-RB-BNW<br><br>**JOINT DISCOVERY PLAN & SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to Local Rule 26-1 and Fed. R. Civ. P. 26(f), the parties conducted a discovery planning conference on June 8, 2023, and they hereby submit to the Court the following proposed discovery plan and scheduling order:

**1.     Statement of the Case**

Plaintiff Angel Luis Rodriguez, Jr. alleges that Defendant National Credit Center, LLC ("NCC") violated the Fair Credit Reporting Act ("FCRA") by failing to maintain reasonable procedures to assure maximum possible accuracy of the information in what Plaintiff alleges to be a consumer report as defined by the FCRA. Specifically, Plaintiff alleges that, in connection with Plaintiff's application for credit when seeking to purchase a car, NCC disseminated a consumer report to a third-party that inaccurately "matched" Plaintiff to the Office of Foreign Assets Control's ("OFAC") List of Specially Designated Nationals (the "OFAC List"). Plaintiff alleges that NCC's allegedly inaccurate reporting was due to automated and uniform procedures, and he thus brings this case as a class action. NCC denies that the information provided to the third party constitutes a 'consumer report' as defined by the FCRA, denies that it failed to satisfy any obligations applicable to it under the law, denies that class relief is appropriate in this case, and further denies that the Plaintiff was harmed as a result of NCC's conduct.

**2.     Procedural Background**

Plaintiff filed his class-action complaint in the Clark County District Court on April 14, 2023. NCC was served with the summons and complaint on April 19, 2023, and removed to this Court on May 10, 2023. (ECF No. 1.) On May 17, 2023, NCC filed its Answer. (ECF No. 9.)

**3.     Discovery Plan**

**A.     Special Scheduling Review Requested**

The parties believe that a deviation from the presumptive discovery period of 180 days is appropriate in this case, and they request a special scheduling review of the following discovery plan. The parties believe that good cause exists to extend Local Rule 26-1(b)'s default 180-day discovery period in this case to 365 days, as this proposed class action is expected to involve the production of significant volumes of documents and data, negotiations between the parties over scope, and depositions of multiple witnesses. This case will also involve technical fact and expert discovery.

In addition, NCC has expressed a preference for a phased approach to discovery, including initial discovery related to the Plaintiff's claims to be followed by class discovery thereafter. Plaintiff disagrees with this approach, and contends that any such bifurcation of discovery would be an inefficient use of judicial resources.

The parties respectfully submit that there is good cause to depart from the default deadlines under Local Rule 26-1(b) for fact discovery, expert disclosures and discovery, and dispositive motions.

### B.     Preservation of Discoverable Information

The parties have taken reasonable and proportionate steps to preserve all potentially relevant evidence in their respective possession, custody, or control. The parties are discussing the need for third party discovery.

### C.     Initial Disclosures

The parties will exchange initial disclosures on July 21, 2023.

### D.     Subjects on Which Discovery May be Needed (FRCP 26(f)(3)(B))

Plaintiff's Position

Plaintiff anticipates taking discovery on the following topics:

- NCC's policies and procedures for reporting information regarding the OFAC List;
- NCC's sources of information for OFAC List information;
- NCC's communications regarding the reporting of OFAC List information, including NCC's communications, and contracts, with its customers regarding such reporting;
- consumer disputes regarding NCC's reporting of OFAC List information; and
- the identities of class members and the information reported about them by NCC.

NCC's Position

NCC anticipates taking discovery on the following topics:.

- Plaintiff's damages, if any, and causation;
- Plaintiff's efforts to mitigate damages;
- Plaintiff's actions and records relating to the OFAC List information;
- Plaintiff's communications with Parkway Ford;
- Plaintiff's communications with NCC, if any;

3

- Plaintiff's communications with any other individual(s) related to his claims against NCC, including communications with any putative class members;
- Putative class members' alleged damages, if any, arising from NCC's OFAC product;
- Questions of law or fact that affect only individual members of the putative class; and
- Plaintiff's knowledge and participation in assembling a class and his understanding of being a representative of a class.

### E. Discovery of Electronically Stored Information

Plaintiff sent NCC a copy of his requested ESI format at the time the summons and complaint were served. Additionally, the parties expect to negotiate a protocol concerning the production of documents and ESI.

### F. Claims of Privilege and Confidentiality of Information

The parties are negotiating a stipulated protective order. The parties expect they will be able to complete negotiations without judicial intervention, and they will file a proposed stipulated protective order for the Court's review within 7 days of the filing of this discovery plan.

### G. Changes to Limitations on Discovery

The parties do not propose any changes to the limitations on discovery as provided by the Federal Rules of Civil Procedure.

### H. Additional Orders

As provided by Local Rule 26-1(c), before moving for an order relating to discovery, the movant must request a conference with the assigned magistrate judge. The parties agree that ADR would not be productive at this time, but will revisit after discovery commences.

### I. Alternative Dispute Resolution

Pursuant to Local Rule 26-1(b)(7), the parties certify that they met and conferred about the possibility of ADR, including mediation and arbitration.

### J. Alternative Forms of Case Disposition

Pursuant to Local Rule 26-1(b)(8), the parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01). The parties do not believe that either is appropriate.

4

**K.     Electronic Evidence**

Pursuant to Local Rule 26-1(b)(9), the parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have not reached any stipulations at this time, but intend to negotiate a mutually agreeable protocol governing presentation of electronic evidence to jurors.

**L.     Proposed Case Schedule**

The parties propose the following:

| Event | Proposed Date |
|---|---|
| Motions to Amend Pleadings/Add Parties | December 22, 2023 |
| Fact Discovery Cut-off | February 28, 2024 |
| Disclosure of Experts & Reports | March 21, 2024 |
| Disclosure of Rebuttal Experts & Reports | April 25, 2024 |
| Expert Discovery Cut-Off | June 6, 2024 |
| Motion for Class Certification/Motions to Exclude Experts | June 27, 2024 |
| Response to Motion for Class Certification/Motions to Exclude Experts | August 8, 2024 |
| Reply to Class Certification/ Motions to Exclude Experts | September 12, 2024 |
| Dispositive Motions Deadline | 30 days after class certification ruling |
| Opposition to Dispositive Motions | 21 days after dispositive motions deadline |
| Replies in Support of Dispositive Motions | 14 days after oppositions to dispositive motions |
| Joint Pretrial Order Filed | 90 days after dispositive motions deadline |
| Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures | To be included in Joint Pretrial Order and subject to the same timing requirements as Joint Pretrial Order |

| | |
|---|---|
| Dated: June 22, 2023 | /s/Ariana B. Kiener<br>E. Michelle Drake,<br>MN Bar No. 0387366*<br>John G. Albanese,<br>MN Bar No. 0395882*<br>Ariana B. Kiener,<br>MN Bar No. 0402365*<br>BERGER MONTAGUE PC<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>Tel: (612) 594-5999<br>Fax: (612) 584-4470<br>emdrake@bm.net<br>jalbanese@bm.net<br>akiener@bm.net<br>**pro hac vice*<br><br>Zachary M. Vaughan,<br>DC Bar No. 1009197*<br>BERGER MONTAGUE PC<br>2001 Pennsylvania Ave NW, Suite 300<br>Washington, D.C. 20006<br>Tel: (202) 559-9740<br>zvaughan@bm.net<br>*pro hac vice*<br><br>Robert T. Eglet, Bar No. 3402<br>Richard K. Hy, Bar No. 12406<br>EGLET ADAMS<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101<br>Tel: (702) 450-5400<br>Fax: (702) 450-5451<br>eservice@egletlaw.com<br><br>*Attorneys for Plaintiff*<br><br><br>/s/Jennifer L. Sarvadi<br>J Christopher Jorgensen, Bar No. 5382<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>T. 702.949.8200<br>cjorgensen@lewisroca.com<br><br>Jennifer L. Sarvadi*<br>HUDSON COOK, LLP<br>1909 K Street NW, 4th Floor |

6

Washington, DC 20006
T. 202.223.6930
jsarvadi@hudco.com
*pro hac vice*

*Attorneys for Defendant*

## SCHEDULING ORDER

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2023

7